# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MIDFIRST BANK

VERSUS

SHAWN GOODMAN A/K/A SHAWN
WESLEY GOODMAN, VICTORIA L.
WRIGHT AND SHAWN WESLEY
GOODMAN AS THE TRUSTEE OF
THE RUNAKA EXPRESS TRUST
D/B/A RUNAKA EXPRESS TRUST
ENTERPRISES

NO.   2024 CW 0633

**SEPTEMBER 9, 2024**

---

In Re:   Shawn Goodman, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         730375.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT